UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTY MARIA SUAZO URENA;
ENMANUEL TORRES JIMENEZ,

                      Plaintiffs,

        -against-

UNITED STATES POSTAL SERVICES,

                      Defendants.

25-cv-1167 (LLS)

CIVIL JUDGMENT

For the reasons stated in the May 21, 2025, order, this action is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 23, 2025
          New York, New York

                                          /s/ Louis L. Stanton
                                          LOUIS L. STANTON
                                        United States District Judge